IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Lamont Cutner
_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

A/W Joseph Canaan Capt. Dewayne Houston
Capt. Campisi Lt. Rump Lt. Delta
Lt. Brown Sgt. Anthony Jones Sgt. Miles Pepdin
Steve Fleshman B. Baylor mental Healthcare
Mental Healthcare
Frank Miller

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. 6:23-cv-2534-RMG-KFM
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

1

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Sst. Anthony Jones
   All other names by which you have been known:

   ID Number:
   Current Institution: Broad river corr.
   Address: 4460 Broad river Road
   Columbia S.C. 29210

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: LT Ramp
   Job or Title (if known):
   Shield Number: don't know
   Employer: LT
   Address: 4460 Broad river Road
   Columbia S.C. 29210

   ☐ Individual capacity    ☐ Official capacity
            LT

   Defendant No. 2
   Name: Capt. Campisi now Christopher

2

Job or Title (if known): S.C.D.C. Sgt. Miles peekins

Shield Number:

Employer: Sgt.

Address: 4460 Broad river Secure facility Columbia S.C. 29210

☑ Individual capacity     ☑ Official capacity

Defendant No. 3

Name: LT Delta

Job or Title (if known):

Shield Number: N/A

Employer: LT

Address: BRCI, 4460 Broad river Road Columbia S.C. 29210

☑ Individual capacity     ☑ Official capacity

Defendant No. 4

Name: Dewayne Hingleton

Job or Title (if known): S.C.D.C.

Shield Number: don't Have

Employer: Major Capt. at the time of incident

Address: BRCI Rods 4460 Broad river Road

☑ Individual capacity     ☑ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

<u>Defendents</u> <u>Located</u> at <u>Broad river corr.</u>
<u>inst.</u>

A/W Joseph Cannon
Capt. Hingleton Dewanye / Major now
~~Cap.~~ LT Christopher Campisi / now Captain
LT Brown cert team   LT Raychaen
LT Ramp   LT ~~Burkett~~ Burkett
LT Delta cert team officer
Sgt. Miles Perkins
Sgt. Anthony Jones
Sgt. Steven Pleshman
Mental Health officer Brian Baylor
Mental Health officer Franklyn Miller

LEGAL MAIL

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   state S.C.D.C. officials

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

   state officals deprivation of my rights use excessive form violated 8th Amendment

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee     S.C.D.C. prisoner

4

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

they Arose inside the inst.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

At Broad river corr. inst. BRCI secured facility congree unit 133 Nov. 4th 2021

C. What date and approximate time did the events giving rise to your claim(s) occur?

Nov. 4, 2021 Around 11 to 12

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

NWJoseph Brown CAPt. Dewayne Poinster Develope A team to come into my cell And they came to my cell violated policy 22.01 use ferce didn't give me no directers to come to door to Be cuffed pop open my Lock up door I was Already Laying down with my Hands Behind my Back Lt. Ramp came Hit me in the Head with sheild And then sgt. Jones Hit me with leg Irons Hitting me in Head I Bleed All the way out the unit went to palmetto richland Hospital got 4 staples in Head I had two Black eyes police serve came to inst. that for the Around cause they didn't want them to see my Black eyes

## Brief Complaint

ON NOV. 4th 2021 mental officer Baylor left my window flap unsecured in a secured mental health facility at Broad river corr. inst. At a mental health program at the Broad river river secured facility. A incident report was done by the capt. Dewnyvehington that indicate that the mental health officer left my flap open and unsecure to where it caused conflict between me and another mental health officer by the name of Frank Miller when this incident occur the capt. and warden Cannon develop a team of officers to come to my cell and remove me from my cell. When those officers came to my cell they violated policy and procedures they was suppose to ask or tell me to come to the door to be cuffed which they didn't tell me or give me a directive on camera to come to the door to be cuffed AND

LEGAL MAIL

They open my lock up door in congree 133 in program unit come into my cell assaulted me in the Head with shield when I was already laid down with my Hands Behind my Back and Lt Ramp still Hit me in my Head for no reason and Sgt. Jones Hit me with legs irons shackles twices in the face once they seen I was Bleeding Sgt. Perkins lied and said stop resisting sir stop resisting for the camera I asked police service to take lie detector tests Behind my Allegations they said ok But Never came and gave me the tests these officer's and staff use excessive force on me and violated the op 22.01 policy also they deprive me of my rights and assaulted me and violated my 8th Admendment cruel an unusal punishment

LEGAL MAIL

### V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I recieved a gash in Left side of my Head went to Medical and they tried to stop the Bleeding wrap my Head and tried to send me Back to my cell knowing I needed stiches But the Blood wouldn't stop and then CAPT Hingleton told them I needed to go to Hospital so they took me to Palmetto richland to get 4 staples in my Head

### VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the courts to make the South Carolina department Corrections pay me 150,000 for the Damage and Injures I recieved to the Head and the pain and suffering

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). **Broad river corr. Inst.**

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? **I wrote it up and sent it to grievance about they assaulted me and violated my 8th Admendment deprive me of my Right**

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

well I filed At Broad river

E. If you did file a grievance:

1. Where did you file the grievance?

   Broad river corr. inst.

2. What did you claim in your grievance?

   they violated policy And proceedings And violated my 8th admen. use excessive force

3. What was the result, if any?

   I was moved to Kirkland from Broad river And when I got to Kirkland the mail was back up And they sent my grievance Back sayin the time had expired

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Step 2 my grievance expired the same day I recieved

8

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

    I did file

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    I wrote a grievance to the wardens A/W Cannon and warden Nelson

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    Kirkland sent my grievance back the same day of my exspiration date I feel it out sent it in they sent it back again time exspired

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  Lamont Crotner
   Defendant(s)  Sheik Johnson

2. Court *(if federal court, name the district; if state court, name the county and State)*
   dorchester county

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   can't remember

5. Approximate date of filing lawsuit
   Oct 18, 2018

6. Is the case still pending?
   ☐ Yes
   ☑ No

   (settle)
   If no, give the approximate date of disposition. Dec. 22 2022

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Settlement

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit    NO

   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   NO

3. Docket or index number    N/A

4. Name of Judge assigned to your case    N/A

5. Approximate date of filing lawsuit    N/A

6. Is the case still pending?

   ☐ Yes        N/A
   ☑ No

11

If no, give the approximate date of disposition. __NO__

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
__N/A__

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__23__

Signature of Plaintiff __Jemont Cutner__
Printed Name of Plaintiff __Lamont Cutner__
Prison Identification # __185__
Prison Address __BRCI   4460 Broad river Road__
__Columbia   S. C.   29210__
City     State     Zip Code

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____

12

Address BRCI Saluda Rm 239 H440 Broad river Road Columbia S.C. 29210
Telephone Number
E-mail Address

13